# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Waring<br>Lee Anne Waring<br>          Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>          Movant<br>     vs. | NO. 21-10374 PMM |
| Thomas Waring<br>Lee Anne Waring<br>          Debtor(s) | |
| Scott F. Waterman<br>          Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **September 17, 2021, docket number 34**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

———————————————————
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 24, 2022