IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: THOMAS WARING ) | |
| LEE ANNE WARING ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 21-10374 (PMM) |
| dba CHRYSLER CAPITAL ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS WARING ) | |
| LEE ANNE WARING ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |

## PRAECIPE WITHDRAWING CHRYSLER CAPITAL'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

**TO THE CLERK OF BANKRUPTCY COURT:**

Kindly withdraw Chrysler Capital's Objection To Confirmation, filed on or about April 9, 2021 in the above-referenced case, number 25 on the docket.

Date: 3/3/22

/s/ William E. Craig
William E. Craig, Esquire
Attorney ID 92329
Morton & Craig LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Phone (856) 866-0100
Fax (856) 722-1554
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital