IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re: THOMAS WARING ) | |
| LEE ANNE WARING ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 21-10374 (PMM) |
| dba CHRYSLER CAPITAL ) | |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS WARING ) | |
| LEE ANNE WARING ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtors in settlement of the Objection To Confirmation, and filed on or about March 3, 2022 in the above matter is APPROVED.

Dated: **March 4, 2022**

BY THE COURT:

*Patricia M. Mayer*
UNITED STATES BANKRUPTCY JUDGE