# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Thomas Waring and Lee Anne Waring<br><br>Debtor(s)<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, or its Successor or Assignee<br>Movant<br><br>vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Thomas Waring and Lee Anne Waring<br>Respondent(s) | Chapter 13<br>Bankruptcy No. 21-10374-pmm |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Marisa Myers Cohen, attorney for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: May 6, 2022

| | | |
|---|---|---|
| Thomas Waring<br>1635 Alpine Drive<br>Pen Argyl, Pennsylvania 18072<br><br>Lee Anne Waring<br>1635 Alpine Drive<br>Pen Argyl, Pennsylvania 18072 | PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Rd.<br>Suite 102<br>Bensalem, Pennsylvania 19020<br>Attorney for Debtors | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, Pennsylvania 19606<br>Trustee |

/s/ Marisa Myers Cohen
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID #87830
JAMES FRENCH, ESQUIRE ID # 319597
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com